*Abigail Rexford by her next friend* v. *Edmund Rexford.* S. A. Dagget, for complainant. Usual decree for divorce, with costs, and complainant to have custody of the children ; and leave to apply for alimony and a provision for the support of the children, to be paid by the defendant.